FILED

APR - 2 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 4:25CR00140 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| STEVEN WRIGHT, | ) | Section 875(c) |
| | ) | |
| Defendant. | ) | **JUDGE BRENNAN** |

COUNT 1
(Transmitting a Threatening Interstate Communication, 18 U.S.C. §875(c))

The Grand Jury charges:

On or about February 18, 2025, in the Northern District of Ohio, Eastern Division, Defendant STEVEN WRIGHT did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, to get in a shootout with police officers, in violation of Title 18, United States Code Section 875(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.